UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. ROBERTS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES D. HARTLEY,<br><br>　　　　Respondent. | 1:08-cv-01093-AWI-JMD HC<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER'S OFFICE AS COUNSEL FOR PETITIONER ON APPEAL<br><br>ORDER DIRECTING CLERK OF THE COURT TO NOTIFY CLERK OF THE NINTH CIRCUIT |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2010, the United States Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 17). On March 31, 2010, the Court adopted those Findings and Recommendations and entered judgment in favor of Petitioner. (Docs. 27 & 28). Respondent appealed to the United States Court of Appeals for the Ninth Circuit, and the case was docketed as case no. 10-15760. (Docs. 29 & 33). On April 23, 2010, the Ninth Circuit stayed proceedings pending further order of the Court. (Doc. 35).

　　　　On May 20, 2010, the Ninth Circuit issued an order finding that the appointment of counsel to represent Petitioner "would benefit the court's review," and requiring this Court to "locate appointed counsel for [Petitioner]." The order further required this Court to send notification of the "name, address, and telephone number of appointed counsel to the Clerk of this court...within 14

1

1   days of locating counsel."

## ORDER

Accordingly, the Court HEREBY ORDERS as follows:

1. The Federal Public Defenders Office is appointed to represent Petitioner in the instant case on appeal in case no. 10-15760;

2. The Federal Public Defenders Office and the Clerk of the Court are DIRECTED to notify the Clerk of the Ninth Circuit of the name, address, and telephone number of the Federal Public Defender within fourteen days of the date of this order; and

3. The Clerk fo the Court is DIRECTED to serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   May 24, 2010                         /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2